U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB 1 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CARLETON & CHRISTY PERKINS** | : | **DOCKET NO. 2:07 CV 1170** |
| **VS.** | : | **JUDGE MINALDI** |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | : | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a Motion For Summary Judgment, [doc. 11], filed by the defendant Auto Club Family Insurance Company (hereinafter "Auto Club"). The plaintiffs, Carleton and Christy Perkins, filed an Opposition with Leave of Court [doc. 19]. Auto Club argues that because the plaintiffs assigned the insurance policy and proceeds at issue to Alexis Mallet, a contractor, they have no cause of action against Auto Club.

Auto Club cites to the Louisiana Code of Civil Procedure art. 2642 as supporting its argument for summary judgment. Article 2642 articulates the proper procedure for asserting defenses and procedural objections to executory proceedings, and in no way supports Auto Club's legal arguments. In Auto Club's three page memorandum in support of its Motion For Summary Judgment, Auto Club also fails to articulate the summary judgment standard under FED. R. CIV. P. 56(c). Moreover, a copy of an insurance policy assignment, without an authenticating affidavit, is not competent summary judgment evidence.

Because Auto Club fails to demonstrate that it is entitled to judgment as a matter of law since Auto Club has not cited applicable law nor has it presented competent summary judgment

1

evidence, its Motion For Summary Judgment[1] is hereby DENIED; accordingly:

IT IS ORDERED that Auto Club's Motion For Summary Judgment is DENIED.

Lake Charles, Louisiana, this 11 day of Feb, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] This ruling does not preclude Auto Club from bringing another Motion For Summary Judgment, so long as the motion articulates the proper summary judgment standard, supporting law, and is supported by competent summary judgment evidence.