RECEIVED
IN LAKE CHARLES, LA
MAR 17 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CARLETON & CHRISTY PERKINS** | : | **DOCKET NO. 2:07 CV 1170** |
| **VS.** | : | **JUDGE MINALDI** |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | : | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the Court is a Motion for Reconsideration of its February 11, 2008 Memorandum Order, [doc. 23], which denied the Motion for Summary Judgment filed by the defendant Auto Club Family Insurance Company (hereinafter "Auto Club") [doc. 26]. The plaintiffs, Carleton and Christy Perkins (hereinafter "the defendants") filed an Opposition [doc. 30]. Auto Club filed a Reply [doc. 31].

The February 11, 2008 Memorandum Order denied Auto Club's Motion for Summary Judgment because Auto Club failed to demonstrate that it was entitled to judgment as a matter of law because Auto Club did not cite applicable law, did not articulate the summary judgment standard under the Federal Rules of Civil Procedure, and did not present competent summary judgment evidence. The February 11, 2008 Memorandum Order stated, "[t]his ruling does not preclude Auto Club from bringing another Motion For Summary Judgment, so long as the motion articulates the proper summary judgment standard, supporting law, and is supported by competent summary judgment evidence."[1]

---

[1] Mem. Order (Feb. 11, 2008) [doc. 23].

1

A Motion for Reconsideration under FED. R. CIV. P. 59(e) is an extraordinary remedy and is seldom granted. *Templet v. HydroChem, Inc.*, 367 F.3d 473, 479 (5th Cir. 2004). A Motion for Reconsideration "is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised prior to the entry of judgment." *Id.* A Motion for Reconsideration is appropriate to prevent manifest injustice or when new evidence exists. *Van Horn v. Lopez-Beaver*, 2008 WL 555361, at *1 (N.D. Tex. Feb. 29, 2008). This Court finds that none of the reasons for granting a Motion for Reconsideration apply in this case.

This Court appreciates Auto Club's citation to applicable law and discussion of FED. R. CIV. P. 56 in its Motion for Reconsideration. However, this Court, as stated in its February 11, 2008 Memorandum Order, wishes to consider the merits of the arguments underlying a Motion for Summary Judgment as a Motion for Summary Judgment and not a Motion For Reconsideration, which is an extreme and seldom-granted remedy. Thus, should Auto Club wish to bring another Motion for Summary Judgment, it must be pursuant to FED. R. CIV. P. 56(c), and not a Motion for Reconsideration under FED. R. CIV. P. 59(e); accordingly,

IT IS ORDERED that Auto Club's Motion For Reconsideration is hereby DENIED.

Lake Charles, Louisiana, this 17 day of March, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE